United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-03643-MJC

Wilfred Lee Mungro     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Oct 15, 2021     Form ID: pdf010     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred Lee Mungro, 5529 Bridle Rd., Stroudsburg, PA 18360-9197 |
| cr | + | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 5239561 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 5239564 | + | First Premier, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4824 |
| 5239565 | + | Health Network, PO Box 789581, Philadelphia, PA 19178-9581 |
| 5239568 | + | MNET Financial, Inc., 95 Argonaut, Ste. 200, Aliso Viejo, CA 92656-4147 |
| 5239569 | + | Peter Wapner, Esquire, Phelan, Hallinan, 1617 JFK Blvd., Ste. 1400, One Penn Center, Philadelphia, PA 19103-1823 |
| 5239560 | + | Philip W. Stock, Esquire, 706 Monroe Street, Stroudsburg, PA 18360-2270 |
| 5239570 | + | Pocono Ambulatory Surgery, One Veterans Plaza, 1 Storm St., Stroudsburg, PA 18360-2406 |
| 5239571 | + | Pocono Eye Associates, 300 Plaza Court, Suite A, East Stroudsburg, PA 18301-8260 |
| 5239572 | + | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 5247791 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5239573 | + | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 5358990 | + | Santander Consumer USA, Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5239574 | + | Target/TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 5239575 | + | Wells Fargo Bank, PO Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 15 2021 18:44:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5239562 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 18:44:38 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5239563 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2021 18:44:47 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5239566 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2021 18:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5239567 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | Midland Credit Management, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 5262752 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5266891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 18:44:46 | PORTFOLIO RECOVERY ASSOCIATES, LLC, P O B 41067, NORFOLK, VA 23541 |
| 5240268 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 18:44:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Santander Consumer USA, Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5239559 | *+ | Wilfred Lee Mungro, 5529 Bridle Rd., Stroudsburg, PA 18360-9197 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Philip W. Stock | on behalf of Debtor 1 Wilfred Lee Mungro pwstock@ptd.net |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Bank Of America N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| WILFRED LEE MUNGRO<br>AKA WILFRED L. MUNGRO<br>                      Debtor 1 | Chapter: 13<br>Case No.: 5:19-bk-03643-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>   vs.                    Movant(s)<br><br>WILFRED LEE MUNGRO AKA<br>WILFRED L. MUNGRO<br>                    Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 15, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)